HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID CARROLL STEPHENSON, et al, <br><br> Defendants. | Case No. C03-5712RBL <br><br> ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Vacate Permanent Injunction pursuant to Fed. R. Civ. P. 60(b). [Dkt. #131] Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On July 30, 2004 this Court entered a permanent injunction enjoining the defendant from "[o]rganizing, promoting, marketing, or selling any abusive tax shelter, plan or arrangement that incites taxpayers to attempt to violate the internal revenue laws" and to engage in any other conduct which violates I.R.C. §§6700-01. Continuously throughout this litigation and in his criminal case, *United States v. David Carroll Stephenson*, CR05-5158RBL, Stephenson raised the same frivolous arguments that he raises here by way of a motion under Fed. R. Civ. P. 60(b)(4), *i.e.*, that this judgment is void because the Court lacks jurisdiction. The Court has on many occasions rejected these and similar arguments and it does so again.

ORDER
Page - 1

Defendant's Motion to Vacate Permanent Injunction [Dkt. #131] is **DENIED**. The Court will not entertain any motions for reconsideration of this Order nor will the Court accept nor docket any further filings by Stephenson, or anyone purporting to act on his behalf, in this long since closed case.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE